John H. GOLDEN, Petitioner,

v.

DEPARTMENT OF THE ARMY, Respondent.

No. 01–3302.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

ON MOTION

BRYSON, Circuit Judge.

ORDER

John H. Golden's submission is treated as a motion to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. If Golden wishes to have his petition for review reinstated, he should so notify the court within 30 days.*

(2) Each side shall bear its own costs.

---

* In order to proceed with this petition for review, Golden is required to (1) pay the $100 filing fee or file a motion for leave to proceed

Beatrice B. CHALOM, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 01–3239.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

v.

UNITED STATES, Defendant–Appellee.

No. 01–5065.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule

in forma pauperis, and (2) file an informal brief.